UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **DAVID OTH,** | No. 21-MJ-1044 |
| Defendant. | |

NOTICE OF APPEARANCE

Kindly enter the appearance of David R. Yannetti as the attorney of record on behalf of the defendant, David Oth.

Dated: March 2, 2021

                                                       Respectfully submitted,
                                                      DAVID OTH
                                                      By and through his attorney,

                                                      */s/ David R. Yannetti*
                                                      David R. Yannetti, BBO#555713
                                                      44 School Street, #1000A
                                                      Boston, Massachusetts 02108
                                                      Tel.:   (617) 930-5359
                                                      Fax:   (781) 593-3275
                                                      law@davidyannetti.com

**Certificate of Service**

I, David R. Yannetti, hereby certify that on this the 2nd day of March, 2021, I caused a true copy of the foregoing motion to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

                                                              */s/ David R. Yannetti*
                                                              David R. Yannetti